MAURICE WAINER (State Bar No. 121678)
SNIPPER, WAINER & MARKOFF
270 N. Canon Drive, Penthouse
Beverly Hills, CA  90210
TELEPHONE: (310) 550-5770 ♦ FACSIMILE: (310) 550-6770
E-MAIL: MrWainer@swmfirm.com

Attorneys for Plaintiff FEDERAL DEPOSIT
INSURANCE CORPORATION as Receiver for
INDYMAC BANK, F.S.B.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> TRUST ONE MORTGAGE CORPORATION, a California corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. SA CV10-0474-DOC(RNBx) <br><br> **JUDGMENT** <br><br> Date:  December 12, 2011 <br> Time:  8:30 a.m <br> Courtroom: Judge David O. Carter <br>         9-D <br><br> Court:  411 West Fourth Street <br>         Santa Ana, CA 92701 |

The Court having read and reviewed Plaintiff's Motion for Entry of Judgment Pursuant to Code of Civil Procedure §664.6, and the parties having agreed to a Stipulation for Judgment, and good cause appearing therefore, the Court orders Judgment as follows:

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that plaintiff Federal Deposit Insurance Corporation as Receiver for Indymac Bank,

1

1  F.S.B., shall have Judgment against defendant Trust One Mortgage Corporation, a
2  California corporation, in the principal sum of $290,000.00.

4  DATE:  December 5, 2011

*[signature: David O. Carter]*

JUDGE OF THE UNITED STATES
DISTRICT COURT, CENTRAL DISTRICT
OF CALIFORNIA

*C:\MY FILES\INDYMAC v Trust One \JUDGMENT 664.6*

SNIPPER WAINER & MARKOFF
270 N. CANON DRIVE
PENTHOUSE
BEVERLY HILLS, CALIFORNIA 90210
TEL. (310) 550-5770  FAX (310) 550-6770